**ANTHONY E. COLOMBO JR.**
California State Bar No. 218411
The Senator Building 3rd Fl.
105 West "F" Street
San Diego, California 92101
Telephone: (619) 236-1704

Attorney for Mr. Perez-Bojorquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR00012-BEN |
| Plaintiff, | ) | DATE: February 25, 2008 |
| | ) | TIME: 9:00 a.m. |
| v. | ) | |
| **ELIAZAR PEREZ-BOJORQUEZ,** | ) | DEFENDANT'S OBJECTIONS TO |
| | ) | THE CRIMINAL HISTORY REPORT |
| Defendant. | ) | |

TO:    DOUGLAS KEEHN, ASSISTANT UNITED STATES ATTORNEY; AND
         KELLY PALMER, UNITED STATES PROBATION OFFICER:

The defendant, Eliazar Perez-Bojorquez, by and through his counsel, Anthony E. Colombo Jr., presents the following objections to the criminal history report.

**I.**

**LEGAL OBJECTIONS**

Page 1 of the Criminal History Report reflects that in 1999, Mr. Perez, at the age of 15, was adjudicated a juvenile in violation of California Penal Code § 459. Pursuant to U.S.S.G. § 4A1.1(c), probation scored this juvenile adjudication as one (1) criminal history point. This is incorrect. Pursuant to § 4A1.2(d) of the guidelines, an offense committed prior to the age of 18 is only counted if the instant offense was committed within five years of the imposition of the juvenile sentence. The date of the instant offense used by probation for the purposes of computing criminal history is June 26, 2007. Therefore, the

instant offense was not committed within five years of the imposition of the juvenile sentence, and should not score. As a result, Mr. Perez's total criminal history score would be six (6), leaving him in a Criminal History Category of III as calculated in the plea agreement, rather than IV as calculated by probation.

## II.
## CONCLUSION

Based upon the foregoing, Mr. Perez respectfully requests that the Court sustain his objection to the criminal history report.

Respectfully submitted,

*s/s Anthony E. Colombo Jr.*

DATED:     February 18, 2008          ANTHONY E. COLOMBO Jr.
Attorney for Mr. Perez-Bojorquez