## CERTIFICATE OF SERVICE

        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Anthony Edward Colombo , Jr**
    anthonycolombolegal@yahoo.com,nrodoffice@yahoo.com

**U S Attorney CR**
    Efile.dkt.gc2@usdoj.gov


Dated: February 19, 2008

        *s/ Anthony E. Colombo Jr.*
        ANTHONY E. COLOMBO JR.

        Law Offices of Anthony E. Colombo Jr.
        105 West F Street, Third Floor
        San Diego, California 92101-6036
        (619) 236-1704 (tel)
        (619) 236-1852 (fax)
        email: anthonycolombolegal@yahoo.com